# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**ZLATAN KARAJIC,**
                        **Petitioner,**

      **v.**                                                                     **Case No. 05C0757**

**DEBORAH ACHIM,**
                        **Respondent.**

---

## ORDER

Petitioner Zlatan Karajic brings this habeas action pursuant to 28 U.S.C. § 2241 naming as respondent Deborah Achim, the director of the Chicago field office of the United States Immigration and Customs Enforcement. The Seventh Circuit recently clarified that the proper respondent in such a case is the warden of the facility in which petitioner is detained, in this case the Kenosha County Correctional Facility. See Kholyavskiy v. Achim, 443 F.3d 946, 953 (7th Cir. 2006). Accordingly, petitioner must file an amended petition within twenty (20) days of the date of this order naming the proper respondent. If petitioner fails to file in a timely manner, I may dismiss his case for failure to prosecute. See Civil L.R. 41.3 ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.").

**THEREFORE, IT IS ORDERED THAT** petitioner shall file an amended petition within twenty (20) days of the date of this order.

Dated at Milwaukee, Wisconsin this 22 day of June, 2006.

/s_____
LYNN ADELMAN
District Judge

2