UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ZLATAN KARAJIC**
        **Petitioner,**

   v.                                                                    **Case No. 05-C-757**

**DEBORAH ACHIM**
        **Respondent.**

## ORDER

On June 2, 2005, petitioner Zlatan Karajic filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 10, 2006, petitioner filed a "Motion to Withdraw" his petition for habeas corpus pursuant to 28 U.S.C. § 2241. He explains that on May 17, 2005, he was ordered removed from the United States and that on August 3, 2005, he voluntarily left the United States. Under these circumstances, I will grant petitioner's motion to withdraw his habeas petition.

**THEREFORE, IT IS ORDERED** that petitioner's motion to withdraw his petition is **GRANTED** and this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2006.

                                                    s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    U.S. District Judge